<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
_____(State)_____

Case number (*If known*): _____ Chapter __11__

</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Vertellus Specialties Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3 5 _ 0 6 0 7 2 4 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 201   N. Illinois Street<br>Number     Street | <br>Number     Street |
| Suite 1800 | <br>P.O. Box |
| Indianapolis       IN    46204<br>City              State    ZIP Code | <br>City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Marion County<br>County | <br>Number     Street |
| | <br><br>City              State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | http://www.vertellus.com |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor     Vertellus Specialties Inc.                        Case number _(if known)_____
             _Name_

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

     3   2   5   1

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

                District _____ When _____ Case number _____
                                       MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor   See Rider 1                     Relationship   Affiliate

          District   Delaware                      When   05/31/2016
                                                      MM / DD / YYYY

          Case number, if known _____

---

Debtor   Vertellus Specialties Inc.                                    Case number *(if known)*_____
         _____
         Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
| | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____

    _____
    Number       Street

    _____

    _____   _____  _____
    City                  State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name    _____

        Phone    _____

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* |
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☑ 200-999 | | |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Vertellus Specialties Inc. | | Case number (if known) | |
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☒ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/31/2016
            MM / DD / YYYY

✗ _A. [signature]_          Anne Frye
Signature of authorized representative of debtor    Printed name

Title  Vice President, Secretary & General Counsel

---

**18. Signature of attorney**

✗ _[signature]_        Date  05/31/2016
Signature of attorney for debtor           MM / DD / YYYY

Stuart M. Brown
Printed name

DLA Piper LLP (US)
Firm name

1201 North Market Street - Suite 2100
Number      Street

Wilmington                DE      19801
City                      State      ZIP Code

302-468-5700            stuart.brown@dlapiper.com
Contact phone                Email address

4050                     Delaware
Bar number              State

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------x
                                      :
In re:                                :    Chapter 11
                                      :
Vertellus Specialties Inc.,           :    Case No. 16-_____ (___)
                                      :
            Debtor.                   :    (Joint Administration Requested)
                                      :
---------------------------------------------------------x
```

### ANSWER TO QUESTION 12 OF VOLUNTARY PETITION

Does the debtor own or have possession of any real property or personal property that needs immediate attention?

- The Debtor is not aware of any definition of "imminent and identifiable harm" as used in this form. The Debtor does not believe it owns or possesses property that poses or is alleged to pose a threat of such harm. The Debtor owns or possesses certain property that is subject to investigation or remediation under environmental laws.

Debtor Name  Vertellus Specialties Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): _____

**Rider 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of their cases, with the lead case number assigned to the chapter 11 case of Vertellus Specialties Inc.

- Vertellus Specialties Inc.
- Vertellus Specialties Holding Corp.
- Vertellus Agriculture & Nutrition Specialties LLC
- Tibbs Avenue Company
- Vertellus Specialties PA LLC
- Vertellus Health & Specialty Products LLC
- Vertellus Specialties MI LLC
- Vertellus Performance Materials Inc.
- Rutherford Chemicals LLC
- Solar Aluminum Technology Services
- MRM Toluic Company, Inc.

## OFFICER'S CERTIFICATE

Dated:  May 30, 2016

The undersigned, the Vice President, General Counsel and Secretary of Vertellus Specialties Inc., an Indiana corporation (the "Company"), does hereby certify the following at and as of the date hereof:

(i)      attached as Annex A hereto is a true, correct and complete copy of the resolutions (the "Resolutions") adopted by written consent on May 30, 2016;

(ii)      such Resolutions were adopted by the Company in accordance with the terms of the Company's bylaws; and

(iii)      such Resolutions have not been amended, modified or rescinded since adopted, and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date first set forth above.

Name:      Anne Frye
Title:      Vice President, General Counsel & Secretary

# ANNEX A

## WRITTEN CONSENT OF

## THE BOARD OF DIRECTORS OF
## VERTELLUS SPECIALTIES INC.

The directors of Vertellus Specialties Inc., an Indiana corporation (the "Company"), pursuant to Section 23-1-34-2 of the Indiana Business Corporation Law, DO HEREBY CONSENT to the adoption of, and DO HEREBY ADOPT, the following resolutions:

**WHEREAS,** upon careful consideration and after seeking alternative solutions, the following resolutions are adopted and recorded in the minute book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

**RESOLVED,** that it is desirable and in the best interests of the Company, its parent, namely Vertellus Specialties Holdings Corp., and a number of its direct and indirect subsidiaries, namely Vertellus Agriculture & Nutrition Specialties LLC, Tibbs Avenue Company, Vertellus Specialties PA LLC, Vertellus Health & Specialty Products LLC, Vertellus Specialties MI LLC, Vertellus Performance Materials Inc., Rutherford Chemicals LLC, Solar Aluminum Technology Services (d/b/a S.A.L.T.S.), and MRM Toluic Company, Inc. (each of these parent and subsidiaries together with the Company, the "Vertellus Entities"), their creditors, shareholders, employees and other interested parties, to file voluntary petitions (the "Petitions") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and the same is hereby authorized and approved; and it is further,

**RESOLVED,** that Richard Preziotti, Philip Gillespie and Anne Frye (each an "Authorized Person," and together the "Authorized Persons") be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company to prepare, execute and verify the Petition in such form as the officer executing the same shall deem appropriate and as required by law and to file such petition, thereby commencing the chapter 11 case in the appropriate court together with such statements, schedules, exhibits and reports as may be required from time to time by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or court order, and to prepare and execute all other papers and take all other actions necessary or appropriate in connection with the Company's chapter 11 case, or any superseding or other bankruptcy case; and it is further,

**RESOLVED,** that the Company shall be, and hereby is, authorized to, in the name of and on behalf of the Vertellus Entities to: (a) borrow funds from, provide guaranties to and undertake related financing transactions, including the use of cash collateral (collectively, the "Financing Transactions"), with such lenders and on such terms as may be approved by any one or more of the Authorized Persons, as reasonably necessary for the continuing conduct of the affairs of the Vertellus Entities; (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Vertellus Entities' assets, as may be deemed necessary by any one or more of the Authorized Persons in connection with such borrowings; and (c) grant adequate protection; and it is further,

**RESOLVED**, that (a) the Authorized Persons shall be, and each of them, acting alone, hereby is, authorized and empowered in the name of and on behalf of the Vertellus Entities to take such actions and execute and deliver such agreements, certificates, instruments, guaranties, notices and any and all other documents as the Authorized Persons may deem necessary or appropriate to facilitate the Financing Transactions, including, without limitation, any amendments, modifications, supplements, waivers or other appropriate supplemental documentation relating thereto (collectively, the "<u>Financing Documents</u>"); (b) execution and delivery of the Financing Documents by any Authorized Persons containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Persons shall be conclusive evidence of the approval of such Financing Documents by the Vertellus Entities and this Board of Directors; and (c) the actions of any Authorized Persons taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of the approval thereof by the Vertellus Entities and this Board of Directors; and it is further,

**RESOLVED**, that it is desirable and in the best interests of the Vertellus Entities that the Vertellus Entities sell substantially all of their assets and, therefore, the Vertellus Entities are hereby authorized to enter into an asset purchase agreement to effectuate such sale, and the Vertellus Entities are further authorized to file a motion to approve such sale and for any related relief, or to approve such sale to a higher and better bidder, and to close such sale, subject to Bankruptcy Court approval in the Vertellus Entities' chapter 11 cases; and it is further,

**RESOLVED**, that the law firm of DLA Piper LLP (US) shall continue to be, and hereby are, engaged as bankruptcy counsel for the Vertellus Entities, subject to any requisite approval of the Bankruptcy Court; and it is further,

**RESOLVED**, that the investment bank, Jefferies LLC, shall continue to be, and hereby is, engaged to provide investment banking services for the Vertellus Entities, subject to any requisite approval of the Bankruptcy Court; and it is further,

**RESOLVED**, that Andrew Hinkelman of FTI Consulting, Inc., or such other person as the Vertellus Entities will designate (the "<u>Chief Restructuring Officer</u>"), shall be appointed as an officer of each of the Vertellus Entities as of the date the Petitions are filed in the Bankruptcy Court; and it is further,

**RESOLVED**, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the Vertellus Entities, to execute, verify and cause to be filed requests for first-day relief from the Bankruptcy Court that such Authorized Person may deem necessary, proper, or desirable in connection with the Petitions, with a view to the successful prosecution thereunder; and it is further,

**RESOLVED**, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the Vertellus Entities, (a) to take or cause to be taken any and all actions, and to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (b) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required

or advisable under the laws or regulations of any jurisdiction, and (c) to negotiate, enter into, execute, deliver and perform all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Person to be conclusive evidence of such approval; and it is further,

**RESOLVED**, that each Authorized Person is hereby severally authorized, directed and empowered to cause the Vertellus Entities to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Authorized Person shall be necessary, proper and desirable to prosecute to a successful completion the Vertellus Entities' chapter 11 cases or modify the obligations, organizational form and structure, or ownership of the Vertellus Entities consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, such Authorized Person's authority thereunto to be evidenced by the taking of such actions; and it is further,

**RESOLVED**, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Vertellus Entities by any Authorized Person prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved.

| Debtor Name | Vertellus Specialties Inc. | Case number *(if known)* _____ |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name <u>Vertellus Specialties Inc.</u>

United States Bankruptcy Court for the: <u>District of Delaware</u>
　　　　　　　　　　　　　　　　　　　　　　(State)

Case number (if known): _____

☐ Check if this is an
　amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PENSION BENEFIT GUARANTY CORP. 1200 K STREET, N.W. WASHINGTON DC 20005-4026 | 202-326-4242 (T) 202-326-4112 (F) | Pension | | | | TBD |
| 2 | ARSENAL CAPITAL 31, 100 PARK AVE NEW YORK, NY 10017 | 212-771-1717 (T) 212-771-1718 (F) | Note | | | | TBD |
| 3 | WELLS FARGO INSTITUTIONAL MAC T9914-010 WACO, TX 76702 | 254-761-6971 (T) 888-848-5011 (F) texascsc@wellsfargo.com | Trade Debt | | | | $493,983 |
| 4 | BARNES & THORNBURG 11 SOUTH MERIDIAN INDIANAPOLIS, IN 46204 | 317-236-1313 (T) 317-231-7433 (F) DONNA.GODSEY@BTLAW.COM | Professional Services | | | | $61,407 |
| 5 | MICROSOFT CORPORATION 6100 NEIL ROAD, SUITE 100 RENO, NV 89511 | lfoote@microsoft.com | Trade Debt | | | | $46,030 |
| 6 | DAVID M. PETERSON, PE, PC 7000 BRIDLEWOOD DR. CONCORD TWP, OH 44077 | 216-554-0413 (T) dmpete@dmpete.cnc.net | Professional Services | | | | $29,343 |

Debtor Name

Vertellus Specialties Inc.

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | ENTEC POLYMERS LLC 1900 SUMMIT TOWER BLVD, STE 900 ORLANDO, FL 32810 | 407-875-9595 (T) sdavid@entecresins.com | Trade Debt | | | | $16,992 |
| 8 | TECHNOLOGY SCIENCES GROUP INC. 1150 18TH STREET, NW; SUITE 1000 WASHINGTON DC 20036 | 202-828-8999 (T) 202-872-0745 (F) vellison@tsgusa.com | Professional Services | | | | $16,053 |
| 9 | ROBERT A WOODS CONSULTANT 463 BANESWOOD CIRCLE KENNETT SQUARE, PA 19348 | 610-836-2940 (T) rwoods9014@gmail.com | Professional Services | | | | $15,000 |
| 10 | URS CORPORATION 756 EAST WINCHESTER ST. #400 SALT LAKE CITY, UT 84107 | 801-904-4000 (T) 801-904-4100 (F) tina.maniatis@aecom.com | Trade Debt | | | | $12,982 |
| 11 | SHI INTERNATIONAL CORP 33 KNIGHTSBRIDGE RD PISCATAWAY, NJ 08854 | 512-541-3358 (T) 512-501-7729 (F) Cody_Bielenda@SHI.com | Trade Debt | | | | $12,860 |
| 12 | OVATION POLYMERS 1030 WEST SMITH RD MEDINA, OH 44256 | 330-723-5686 (T) 330-722-4784 (F) dhenderson@opteminc.com | Trade Debt | | | | $5,000 |
| 13 | INNOWERA LLC 7715 BRIARCREST CT IRVING, TX 75063 | 214-646-8266 (T) 972-852-9006 (F) sales@innowera.com | Trade Debt | | | | $4,230 |
| 14 | SHARP BUSINESS SYSTEMS 7330 E 86TH ST INDIANAPOLIS, IN 46256 | 317-844-0033 (T) 317-844-0050 (F) wendi.hopewell@sharpusa.com | Trade Debt | | | | $4,036 |
| 15 | FISHER SCIENTIFIC COMPANY LLC 4500 TURNBERRY DRIVE HANOVER PARK, IL 60103 | 800-926-6060 (T) 800-926-1166 (F) jennifer.gleissner@thermofisher.com | Trade Debt | | | | $3,461 |
| 16 | VELOCITY SERVICES LLC 2403 SIDNEY ST., STE 222 PITTSBURGH, PA 15203 | 412-551-9887 (T) mmaggiovs@yahoo.com | Trade Debt | | | | $3,368 |
| 17 | SERVICE EXPRESS, INC. 3854 BROADMOOR AVENUE SE GRAND RAPIDS, MI 49512 | 616-698-2221 (T) 616-698-2218 (F) jjohnson@seiservice.com | Trade Debt | | | | $3,216 |

Debtor Name        Vertellus Specialties Inc.        Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | FEDERAL EXPRESS CORPORATION PO BOX 94515 PALATINE, IL 60094 | 800-622-1147 (T) 800-548-3020 (F) | Trade Debt | | | | $3,078 |
| 19 | AMERICAN WELDING & GAS 5353 W SOUTHERN AVE INDIANAPOLIS, IN 46241 | 317-248-0651 (T) 317-248-0079 (F) dennis.couts@amwelding.com | Trade Debt | | | | $2,905 |
| 20 | KINSLEY GROUP LEADERSHIP DEVELOPMENT 222 PEARL STREET; STE 201 FORT WAYNE, IN 46802 | 260-417-9204 (T) ebermes@kingsleygroup.com | Trade Debt | | | | $2,400 |

Fill in this information to identify the case and this filing:

Debtor Name  <u>Vertellus Specialties Inc.</u>

United States Bankruptcy Court for the: <u>District of Delaware</u>
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule _____*

☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐    *Other document that requires a declaration _____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>05/31/2016</u>
MM / DD / YYYY

**x** _A. _____
Signature of individual signing on behalf of debtor

<u>Anne Frye</u>
Printed name

<u>Vice President, General Counsel & Secretary</u>
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x
                                                          :

In re:                                      :   Chapter 11
                                                    :

Vertellus Specialties Inc.                :   Case No. 16-_____ (___)
                                                      :

               Debtor.            :   (Joint Administration Requested)
                                                    :

-------------------------------------------------------------x

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following corporate entities/individuals own more than 10% of the Debtor.

| Shareholder | Percentage of Total Shares |
|---|---|
| Vertellus Specialties Holdings Corp. | 100% |

Fill in this information to identify the case and this filing.

Debtor Name    <u>Vertellus Specialties Inc.</u>

United States Bankruptcy Court for the:_____ <u>District of Delaware</u>
                                                                          (State)

Case number (*If known*):_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    *Other document that requires a declaration* <u>Statement of Corporate Ownership</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>05/31/2016</u>
                       MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

<u>Anne Frye</u>
Printed name

<u>Vice President, General Counsel & Secretary</u>
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x
                                   :

In re:                            : Chapter 11
                                   :

Vertellus Specialties Inc.       : Case No. 16-_____ (___)
                                   :

          Debtor.          : (Joint Administration Requested)
                                   :
-----------------------------------------------------------x

### LIST OF EQUITY SECURITY HOLDERS

    Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), Vertellus Specialties Inc.

hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage of Interests Held |
|---|---|
| Vertellus Specialties Holdings Corp.<br>201 N. Illinois Street, Suite 1800<br>Indianapolis, Indiana 46204 | 100% |

Fill in this information to identify the case and this filing:

Debtor Name    <u>Vertellus Specialties Inc.</u>

United States Bankruptcy Court for the:_____,    <u>District of Delaware</u>
                                                        (State)

Case number (If known):_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule _____*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒    *Other document that requires a declaration* <u>List of Equity Security Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>05/31/2016</u>
                MM / DD / YYYY

x_____
Signature of individual signing on behalf of debtor

<u>Anne Frye</u>
Printed name

<u>Vice President, General Counsel & Secretary</u>
Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                                  :
In re:                                            :   Chapter 11
                                                  :
Vertellus Specialties Inc.                        :   Case No. 16-_____  (___)
                                                  :
                 Debtor.                          :   (Joint Administration Requested)
                                                  :
------------------------------------------------------------x
```

## CERTIFICATION OF CREDITOR MATRIX

Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and its affiliated debtors in possession (collectively, the "Debtors") hereby certify that the Creditor Matrix submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the Creditor Matrix is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the date hereof. However, no audit confirming the extent and return of each claim has been performed and no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the Creditor Matrix have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position.

Fill in this information to identify the case and this filing:

Debtor Name    Vertellus Specialties Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                                    (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ *Other document that requires a declaration* Certification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____05/31/2016____          x A. _____
            MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                          Anne Frye
                                          Printed name

                                          Vice President, General Counsel & Secretary
                                          Position or relationship to debtor

EAST\124774186.1