**Exhibit G**

**(Letters of Credit)**

**[To be provided]**