# Exhibit 1

Petition Date
Exit Date

| Week Ended ($ in M's) | FCST 6/3/2016 Petition | FCST 6/10/2016 | FCST 6/17/2016 | FCST 6/24/2016 | FCST 7/1/2016 | FCST 7/8/2016 | FCST 7/15/2016 | FCST 7/22/2016 | FCST 7/29/2016 | FCST 8/5/2016 | FCST 8/12/2016 | FCST 8/19/2016 | FCST 8/26/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance at PNC | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 |
| **Sources of Cash** | | | | | | | | | | | | | |
| Domestic AR Receipts | 5.7 | 3.9 | 4.1 | 8.7 | 9.1 | 7.7 | 6.9 | 6.9 | 6.9 | 6.3 | 6.3 | 6.3 | 6.3 |
| EU Cash Receipts from Belgian Trading Entity | - | - | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| China Cash Receipts | - | - | 0.4 | - | - | - | - | 1.4 | - | - | - | 0.4 | - |
| VPC | - | - | - | - | - | 0.1 | - | - | - | - | - | - | - |
| **Total Sources** | $5.7 | $3.9 | $5.0 | $9.2 | $9.6 | $8.3 | $7.4 | $8.7 | $7.4 | $6.8 | $6.8 | $7.2 | $6.8 |
| **Uses of Cash** | | | | | | | | | | | | | |
| Vendor Payments | (4.5) | (3.5) | (3.8) | (5.1) | (3.5) | (3.5) | (4.8) | (4.9) | (4.5) | (4.5) | (4.8) | (4.5) | (7.4) |
| Employee-Related Costs | (1.0) | (0.6) | (1.9) | (0.6) | (1.9) | (0.6) | (2.4) | (0.6) | (1.9) | (0.6) | (2.2) | (0.6) | (0.6) |
| Interco Payments – China | - | - | - | (0.4) | - | - | - | (0.9) | - | - | - | - | (1.2) |
| Other Costs | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) |
| **Total Operating Disbursements** | $(5.7) | $(4.4) | $(5.9) | $(6.3) | $(5.7) | $(4.3) | $(7.4) | $(6.6) | $(6.6) | $(5.3) | $(7.3) | $(5.3) | $(9.5) |
| **Restructuring-Related Items** | | | | | | | | | | | | | |
| Critical Vendor Payments | - | (1.0) | (1.0) | (1.0) | (1.0) | (1.0) | - | - | - | - | - | - | - |
| Professional Fees – Estate Professionals[1] | - | - | - | - | (0.1) | - | - | - | (0.1) | (0.1) | (0.1) | (0.1) | (1.4) |
| Professional Fees – Other[2] | - | - | - | - | (1.1) | - | - | - | - | (1.0) | - | - | - |
| Utility Deposits | - | - | (0.4) | (0.4) | (0.4) | - | - | - | - | - | - | - | - |
| Financing and Interest – DIP Lenders | (3.1) | - | - | - | (0.9) | - | - | - | - | (0.9) | - | - | - |
| Financing and Interest – Jefferies | (0.6) | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Restructuring-Related Items** | $(3.6) | $(1.0) | $(1.4) | $(1.4) | $(3.6) | $(1.0) | $- | $- | $(0.1) | $(2.1) | $(0.1) | $(0.1) | $(1.4) |
| **Net Cash Flow** | $(3.7) | $(1.5) | $(2.3) | $1.5 | $0.3 | $2.9 | $(0.0) | $2.1 | $0.7 | $(0.6) | $(0.6) | $1.8 | $(4.0) |
| Ending Cash Before Draw/(Sweep) | ($1.2) | $1.0 | $0.2 | $4.0 | $2.8 | $5.4 | $2.5 | $4.6 | $3.2 | $1.9 | $1.9 | $4.3 | ($1.5) |
| Draw/(Sweep) to from/(to) DIP Funding Account | $3.7 | $1.5 | $2.3 | ($1.5) | ($0.3) | ($2.9) | $0.0 | ($2.1) | ($0.7) | $0.6 | $0.6 | ($1.8) | $4.0 |
| **Ending Cash Balance at PNC** | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 |
| DIP Funding Account Balance | 24.6 | 21.0 | 19.5 | 17.2 | 18.7 | 19.0 | 22.0 | 22.0 | 24.1 | 24.7 | 24.1 | 23.5 | 25.3 | 21.2 |

DIP Funding: 110.0
ABL Loan pay-off: (63.3)
Reserve for LCs: (19.6)
Initial Draw: (2.5)
DIP Funding Account Balance: 24.6

[1] Includes professional fees for:
– Debtors' advisors – DLA, FTI, Jefferies, Communications Advisor
– UCC Professionals – Counsel, FA
– US Trustee
– Claims Noticing Agent

[2] Includes professional fees for:
– ABL Professionals – GK, BR, Novo
– Term Lender/Ad Hoc Group – Moelis, Milbank, Pachulski, Pepper Hamilton
– DIP Agent – Kaye Scholer