**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| *Vertellus Specialties, Inc., et al.* | : | Case No. 16-11290 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Pension Benefit Guaranty Corporation**, Attn: Mark Shelton, 1200 K. St., NW, Washington, DC 20005, Phone: 202-326-4020, ext 3965; Fax: 202-380-2074

2. **Hexion, Inc.**, Attn: Pete Rosato, Esq.,180 E. Broad Street, Columbus, OH Phone: 614-225-4791, Fax: 614-225-2108

3. **Tanner Industries.**, Attn: Eric Hindawi, 735 Davisville Rd. 3rd Floor, Southampton, PA 18966, Phone: 215-322-1238, Fax: 215-526-0360

4. **SSI Services, LLC**, Attn: Steve Barnes, 308 S. State Avenue, Indianapolis, IN 46201, Phone: 317-269-2120: Fax: 317-269-3608

5. **Citizen Energy Group**, Attn: Alejandro Valle, Esq., 2020 N. Meridian Street, Indianapolis, IN 46202, Phone: 317-927-4317, Fax: 317-927-4317

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ Julie M. Sarkessian for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 9, 2016

Attorney assigned to this Case: Juliet M. Sarkessian, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Stuart M. Brown, Esquire, Phone: (302) 468-5640, Fax: (302) 778-7913