# Exhibit 2

## (Procedures Notice)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                    : Chapter 11
:
Vertellus Specialties Inc., et al.,[1]    : Case No. 16-11290 (CSS)
:
          Debtors.              : (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF SALE PROCEDURES, AUCTION DATE AND SALE HEARING

**PLEASE TAKE NOTICE** that on May 31, 2016, the above-captioned debtors (collectively, the "Debtors") filed the *Motion of Debtors for Entry of Order (I)(A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All Assets; (B) Approving Stalking Horse Protections; (C) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice Thereof; (II)(A) Approving and Authorizing Sale of Substantially All of Debtor Assets to Successful Bidder Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief* [Dkt No. 16] (the "Motion").[2] The Debtors seek, among other things, to sell certain of their tangible and intangible assets (the "Purchased Assets") to the successful bidder (the "Successful Bidder"), at an auction free and clear of all liens, claims, encumbrances and other interests pursuant to sections 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on June [28], 2016, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving the Motion and the bidding procedures (the "Bidding Procedures"), which set the key dates and times related to the Sale of the Purchased Assets. All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures. To the extent that there are any inconsistencies between the Bidding Procedures Order (including the Bidding Procedures) and the summary description of its terms and conditions contained in this Notice, the terms of the Bidding Procedures Order shall control.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vertellus Specialties Holdings Corp. (9569); Vertellus Specialties Inc. (7240); Vertellus Agriculture & Nutrition Specialties LLC (5687); Tibbs Avenue Company (9642); Vertellus Specialties PA LLC (0900); Vertellus Health & Specialty Products LLC (6325); Vertellus Specialties MI LLC (0398); Vertellus Performance Materials Inc. (7461); Rutherford Chemicals LLC (8878); Solar Aluminum Technology Services (d/b/a S.A.L.T.S.) (3632); and MRM Toluic Company, Inc. (0544). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 201 N. Illinois Street, Suite 1800, Indianapolis, IN 46204.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, an auction (the "Auction") to sell the Purchased Assets will be conducted on September 1, 2016, starting at 10:00 a.m. (prevailing Eastern Time) (the "Auction Date") at the offices of DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020 or such other location or time as shall be timely communicated to all creditors and other entities entitled to attend the Auction. The auction shall be transcribed and the Debtors, the Stalking Horse Purchaser, any other Qualified Bidder that has timely submitted a Qualified Bid, the Prepetition Term Lenders, the DIP Agent, the Term Loan Agent, the DIP Lenders, the Committee or any other creditor of the Debtors, and the advisors to each of the foregoing may attend the Auction in person. No later than 3:00 p.m. ET on the first business day following the commencement of the Auction (except to the extent the Auction has not adjourned by such time, in such case, notice shall be filed and served no later than five hours after the conclusion of the Auction), the Debtors shall file notice of the identity of the Successful Bidder, the Back-Up Bidder and the respective amounts of such bids, and shall serve such notice by facsimile, or email (or, if neither is available, then via overnight delivery) to all Contract Counterparties and any party requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale of the Purchased Assets to the Successful Bidder (the "Sale Hearing") before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom #6, on September 7, 2016 at ____:____ _.m. (prevailing Eastern Time), or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing. Objections to the Sale shall be filed and served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on August 25, 2016 by: (i) counsel to the Debtors: DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, Illinois 60601 (Attn: Richard A. Chesley, Esq. (richard.chesley@dlapiper.com) and Daniel Simon, Esq. (daniel.simon@dlapiper.com); (ii) counsel to the Stalking Horse Purchaser and the DIP Lenders: Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005 (Attn: Mark Shinderman (Mshinderman@milbank.com), Dennis O'Donnell, Esq. (DODonnell@milbank.com) and Peter Newman, Esq. (PNewman@milbank.com; (iv) counsel to the DIP Agent and the Term Loan Agent, Kaye Scholer LLP, Three First National Plaza, 70 West Madison Street, Suite 4200, Chicago, IL 60602 (Attn: Michael Messersmith (michael.messersmith@kayescholer.com) and Seth Kleinman (seth.kleinman@kayescholer.com); (iv) counsel to the Committee, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Power (mpower@hahnhessen.com)); and (vi) the Office of the United States Trustee: U.S. Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware, 19899-0035 (Attn: Juliet Sarkessian, Esq.).

**PLEASE TAKE FURTHER NOTICE** that this Notice of the Auction and Sale Hearing is subject to the full terms and conditions of the Bidding Procedures Order and Bidding Procedures, which shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. A copy of the Motion, Bidding Procedures Bidding Procedures Order and Stalking Horse Asset Purchase Agreement may be obtained from

Kurtzman Carson Consultants, LLC by calling the following toll-free number: 888-647-1715, emailing vertellusinfo@kccllc.com or by visiting www.kccllc.net/Vertellus.

Dated: _____, 2016
       Wilmington, Delaware

Respectfully submitted,

/s/ _____
Stuart M. Brown (DE 4050)
Kaitlin M. Edelman (DE 5924)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801
Telephone:  (302) 468-5700
Facsimile:  (302) 394-2341
Email: stuart.brown@dlapiper.com
       kaitlin.edelman@dlapiper.com

-and-

Richard A. Chesley (*pro hac vice* admission pending)
Daniel M. Simon (*pro hac vice* admission pending)
David E. Avraham (*pro hac vice* admission pending)
DLA PIPER LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone:  (312) 368-4000
Facsimile:  (312) 236-7516
Email: richard.chesley@dlapiper.com
       daniel.simon@dlapiper.com
       david.avraham@dlapiper.com

*Counsel to the Debtors*