**Exhibit 3**

**(Cure Notice)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                     : Chapter 11
:
Vertellus Specialties Inc., et al.,[1]     : Case No. 16-11290 (CSS)
:
Debtors.                                   : (Jointly Administered)
---------------------------------------------------------------x

## NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS
## AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED

**PLEASE TAKE NOTICE** that, on May 31, 2016, the above-captioned debtors (the "Debtors") commenced chapter 11 bankruptcy cases. On the same date, the Debtors filed the *Motion of Debtors for Entry of Order (I)(A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All Assets; (B) Approving Stalking Horse Protections; (C) Approving Procedures Related to Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice Thereof; (II)(A) Approving and Authorizing Sale of Substantially All of Debtor Assets to Successful Bidder Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (B) Approving Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief* [Dkt No. 16] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on June [28], 2016, the Court entered an Order (the "Bidding Procedures Order") approving, among other things, the Bidding Procedures requested in the Motion, which Bidding Procedures Order governs (i) the bidding process for the sale (the "Sale") of certain of the Debtors' tangible and intangible assets (the "Purchased Assets") to the Successful Bidder and (ii) procedures for the assumption by the Debtors and assignment to the Successful Bidder of certain of the Debtors' executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code (the "Assumed Executory Contracts").

**PLEASE TAKE FURTHER NOTICE** that, no later than 3:00 p.m. ET on the first business day following the commencement of the Auction (except to the extent the Auction has not adjourned by such time, in such case, notice shall be filed and served no later than five hours

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vertellus Specialties Holdings Corp. (9569); Vertellus Specialties Inc. (7240); Vertellus Agriculture & Nutrition Specialties LLC (5687); Tibbs Avenue Company (9642); Vertellus Specialties PA LLC (0900); Vertellus Health & Specialty Products LLC (6325); Vertellus Specialties MI LLC (0398); Vertellus Performance Materials Inc. (7461); Rutherford Chemicals LLC (8878); Solar Aluminum Technology Services (d/b/a S.A.L.T.S.) (3632); and MRM Toluic Company, Inc. (0544). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 201 N. Illinois Street, Suite 1800, Indianapolis, IN 46204.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

- 1 -                                                                          #4822-6848-5938

EAST\125363164.8

after the conclusion of the Auction), the Debtors shall file notice of the identity of the Successful Bidder, the Back-Up Bidder and the respective amounts of such bids, and shall serve such notice by facsimile, or email (or, if neither is available, then via overnight delivery) to all Contract Counterparties and any party requesting notice pursuant to Bankruptcy Rule 2002. Any party requesting to receive a copy by fax or email may contact Debtors' counsel listed at the end of this notice by providing the fax or email address for such notice. Unless another party is identified as the Successful Bidder, the assignee of any Assumed Executory Contracts shall be the Stalking Horse Purchaser, Valencia Bidco LLC.

**PLEASE TAKE FURTHER NOTICE** that an evidentiary hearing (the "Sale Hearing") to approve the Sale and authorize the assumption and assignment of the Assumed Executory Contracts will be held on September 7, 2016 at ___:___ _.m. (prevailing Eastern Time), before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom #6. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Bidding Procedures Order, the Debtors may seek to assume any executory contract or unexpired lease listed on Exhibit A attached to this Notice, among which may be a contract or a lease to which you are a party. The amount shown on Exhibit A as the "Cure Amount," if any, with respect to each Assumed Executory Contract is the amount that, based upon the Debtors' books and records, the Debtors assert is owed to cure any monetary defaults existing under such Assumed Executory Contract.

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the Cure Amount shown for the Assumed Executory Contract(s) listed on Exhibit A to which you are a party, you must file a written objection with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, on or before 4:00 p.m. (prevailing Eastern Time) on August 25, 2016. Any such objection must set forth the specific default or defaults alleged to exist under your Assumed Executory Contract(s) and set forth the corresponding cure amount(s) as alleged by you. Unless you properly file and serve an objection to the Cure Amount contained in this Notice, once your Assumed Executory Contract is assumed and assigned pursuant to a Court order approving same, you will receive at the time of the closing of the Sale (or as soon as reasonably practicable thereafter), the Cure Amount set forth herein, if any, in full and final satisfaction of your claims under such Assumed Executory Contract. Notwithstanding the foregoing, an Assumed Executory Contract counterparty is encouraged to contact Debtors' counsel, DLA Piper LLP (US), Attn: David Avraham, (312) 368-3453 or via email at david.avraham@dlapiper.com prior to the deadline to file and serve an objection to the Cure Amount in an attempt to reach consensus on the Cure Amount based upon reasonable and supportable documentation provided by such counterparty. **Any non-debtor party to an Assumed Executory Contract that fails to timely file and serve an objection to the Cure Amounts shall be forever barred from asserting that a Cure Amount is owed in an amount in excess of the amount, if any, set forth in the attached Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that if you have any other objection to the Debtors' assumption and assignment of the Assumed Executory Contract to which you are a party (other than an objection to the Cure Amount, which Cure Objection must be filed as set forth above), including, without limitation, with respect to the Successful Bidder's ability to provide adequate assurance of future performance under the Assumed Executory Contract, you also must file that objection in writing no later than 4:00 p.m. (prevailing Eastern Time) on August 25, 2016; provided, however, that in the event that the Successful Bidder is not the Stalking Horse Purchaser, any counterparty to an Assumed Executory Contract may assert an Adequate Assurance Objection at or prior to the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that any objection you may file must be served so as to be received by the following parties by the applicable objection deadline date and time: (i) counsel to the Debtors: DLA Piper LLP (US), 203 N. LaSalle Street, Suite 1900, Chicago, Illinois 60601 (Attn: Richard A. Chesley, Esq. (richard.chesley@dlapiper.com) and Daniel Simon, Esq. (daniel.simon@dlapiper.com); (ii) counsel to the Stalking Horse Purchaser and the DIP Lenders: Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005 (Attn: Mark Shinderman (Mshinderman@milbank.com), Dennis O'Donnell, Esq. (DODonnell@milbank.com) and Peter Newman, Esq. (PNewman@milbank.com; (iii) counsel to the DIP Agent and the Term Loan Agent, Kaye Scholer LLP, Three First National Plaza, 70 West Madison Street, Suite 4200, Chicago, IL 60602 (Attn: Michael Messersmith (michael.messersmith@kayescholer.com) and Seth Kleinman (seth.kleinman@kayescholer.com); and (iv) counsel to the Committee and (v) the Office of the United States Trustee: U.S. Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware, 19899-0035 (Attn: Juliet Sarkessian, Esq.).

**PLEASE TAKE FURTHER NOTICE** that the Successful Bidder shall be responsible for satisfying any requirements regarding adequate assurance of future performance that may be imposed under sections 365(b) and (f) of the Bankruptcy Code, 11 U.S.C. § 101, *et seq.*, in connection with the proposed assignment of your Assumed Executory Contract. The Court shall make its determinations concerning such adequate assurance of future performance pursuant to 11 U.S.C. §§ 365(b) and (f) at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, in the event that the Debtors and the non-debtor party cannot resolve any Cure Objection, the Debtors shall segregate any disputed Cure Amounts ("Disputed Cure Amounts") pending the resolution of any such disputes by the Court or mutual agreement of the parties. Cure Objections may be resolved by the Court at the Sale Hearing, or at a separate hearing either before or after the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, except to the extent otherwise provided in the Purchase Agreement with the Successful Bidder, pursuant to section 365(k) of the Bankruptcy Code, the Debtors and the Debtors' estates shall be relieved of all liability under the Assumed Executory Contracts accruing or arising after the effective date of assumption and assignment thereof.

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein shall obligate the Debtors to assume any Assumed Executory Contracts or to pay any Cure Amount.[3]

**PLEASE TAKE FURTHER NOTICE** that a copy of the Sale Motion, Stalking Horse Asset Purchase Agreement and Bidding Procedures may be obtained from Kurtzman Carson Consultants, LLC by calling the following toll-free number: 888-647-1715, emailing vertellusinfo@kccllc.com or by visiting www.kccllc.net/Vertellus.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.

ANY NON-DEBTOR PARTY TO ANY ASSUMED EXECUTORY CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSUMED EXECUTORY CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

---

[3] "Assumed Executory Contracts" are those Contracts and Leases that the Debtors, after consultation with the Stalking Horse Purchaser, believe **may** be assumed and assigned as part of the orderly transfer of the Purchased Assets; however, the Successful Bidder may choose not to assume certain of the Assumed Executory Contracts, causing such Contracts and Leases not to be assumed by the Debtors.

| | |
|---|---|
| Dated: _____, 2016<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/_____<br>Stuart M. Brown (DE 4050)<br>Kaitlin M. Edelman (DE 5924)<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@dlapiper.com<br>         kaitlin.edelman@dlapiper.com<br><br>-and-<br><br>Richard A. Chesley (*pro hac vice* admission pending)<br>Daniel M. Simon (*pro hac vice* admission pending)<br>David E. Avraham (*pro hac vice* admission pending)<br>DLA PIPER LLP (US)<br>203 N. LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: richard.chesley@dlapiper.com<br>         daniel.simon@dlapiper.com<br>         david.avraham@dlapiper.com<br><br>*Counsel to the Debtors* |

# Exhibit A

## (Assumed Executory Contracts)

#4822-6848-5938
EAST\125363164.8