**QUARTERLY REPORT - VSI Liquidating Inc. (16-11290 (CSS))**  
**POST CONFIRMATION**

ATTACHMENT NO. 1

### Period from October 1, 2017 through December 31, 2017

| QUESTIONNAIRE | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? |  | X |
| 2. Are any post-confirmation sales or payroll taxes past due? |  | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? |  | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X |  |

| INSURANCE INFORMATION | YES* | NO |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X |  |
| 2. Are all premium payments current? | X |  |

Note: VSI Liquidating Inc. and its affiliates have no operations, properties or employees

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| D&O, Continental Casualty | 4/7/17-4/6/18 | Annual | None |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Activities consisted of payment of allowed administrative claims and efforts to resolve claims.

Puruant to a Court Order dated June 2, 2017, the cases ten of the Debtors were closed.
This report covers the remaining Debtor: VSI Liquidating Inc. (Case No. 16-11290 (CSS))

**Estimated Date of Filing the Application for Final Decree:**     Unknown at this time.

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

Robert S Bingham on behalf of Zolfo Cooper, LLC, Liquidatig Trustee        Senior Director  
Printed Name of Authorized Individual        Title of Authorized Individual

This Fourth Day of January 2018

*Robt S Bing* (signature)  
Signature

QUARTERLY REPORT POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: VSI Liquidating Inc., et al
Case Number: 16-11290 (CSS)
Effective Date of Plan: April 7, 2017

October 1, 2017 through December 31, 2017

All items must be answered. Any which do not apply should be answered "none" or "N/A"

|  | Current Quarter | Post Confirmation Total |
|---|---|---|
| 1. CASH (Beginning of Period) | $ 6,697,717 | $0 |
| 2. INCOME or RECEIPTS during the Period | 2,080 | 8,362,218 |
| 3. DISBURSEMENTS |  |  |
| a. Operating Expenses (Fees/Taxes): |  |  |
| (i) U.S. Trustee Quarterly Fees | - | 66,950 |
| (ii) Federal Taxes | 1,919,000 | 1,919,000 |
| (iii) State Taxes | 98,797 | 100,866 |
| (iv) Other Taxes | - | - |
| b. All Other Operating Expenses: | 436,818 | 892,135 |
| c. Plan Payments: |  |  |
| (i) Administrative Claims | - | 88 |
| (ii) General Unsecured Claims | - | - |
| (iii) Professional Fees | 10,682 | 1,148,679 |
| (Attach additional pages as needed) |  |  |
| Total Disbursements (Operating & Plan) | 2,465,297 | 4,127,718 |
| 1. CASH (End of Period) | $ 4,234,500 | $ 4,234,500 |

QUARTERLY REPORT - VSI Liquidating Inc. (16-11290 (CSS))
POST CONFIRMATION           Period from October 1, 2017 through December 31, 2017
ATTACHMENT NO. 3

Debtor performs regular bank reconciliations and does not need
to provide based on an understanding with the U.S. Trustee.

QUARTERLY REPORT - VSI Liquidating Inc. (16-11290 (CSS))      ATTACHMENT NO. 4  
POST CONFIRMATION    Period from October 1, 2017 through December 31, 2017

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Delaware Trust |
|---|---|
| Account Number | xxxx791 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire | 10/3/2017 | Deloitte Tax LLP | Tax Preparation | 65,000.00 |
| Wire | 10/3/2017 | Kurtzman Carson Consultants, LLC | Claims Agent | 4,870.25 |
| Wire | 10/4/2017 | McCready & Keane, Inc. | Pension Consulting | 5,487.50 |
| Wire | 10/16/2017 | Internal Revenue Service | Income taxes | 1,919,000.00 |
| Wire | 10/20/2017 | Zolfo Cooper | Liquidating Trustee | 97,721.47 |
| Wire | 10/20/2017 | McCready & Keane, Inc. | Pension Consulting | 9,917.49 |
| 14365 | 11/14/2017 | State of New Hampshire | Income taxes | 35,137.00 |
| 14366 | 11/14/2017 | Minnesota Revenue | Income taxes | 27,864.00 |
| Wire | 11/29/2017 | Deloitte Tax LLP | Tax Preparation | 31,221.00 |
| Wire | 11/30/2017 | Joseph Hage Aaronson LLC | Mediation Expenses | 5,000.00 |
| Wire | 11/30/2017 | Deloitte Transactions & Business Analytics LLP | Professional Fees | 10,682.00 |
| Wire | 12/12/2017 | Zolfo Cooper | Reimbursement for taxes paid on behalf of Debtors | 35,796.13 |
| 14460 | 12/20/2017 | Morris James LLP | Counsel to Liquidating Trustee | 100,614.67 |
| 14459 | 12/20/2017 | Hahn & Hessen LLP | Counsel to Liquidating Trustee | 116,985.09 |
| | | | | 2,465,296.60 |

If any checks written this period have not been delivered to the payee, provide details including the payee, amount, explanation for holding check and anticipated delivery date of check

| None |
|---|
|  |
|  |
|  |
|  |
|  |