QUARTERLY REPORT - VSI Liquidating Inc. (16-11290 (CSS))   ATTACHMENT NO. 1
POST CONFIRMATION

Period from January 1, 2018 through March 31, 2018

| QUESTIONNAIRE | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? |  | X |
| 2. Are any post-confirmation sales or payroll taxes past due? |  | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? |  | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X |  |

| INSURANCE INFORMATION | YES* | NO |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X |  |
| 2. Are all premium payments current? | X |  |

Note: VSI Liquidating Inc. and its affiliates have no operations, properties or employees

| CONFIRMATION OF INSURANCE ||||
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| D&O, CAN | 4/7/18-4/6/19 | Annual | None |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**
Activities consisted of payment of allowed administrative claims and efforts to resolve claims.

Puruant to a Court Order dated June 2, 2017, the cases ten of the Debtors were closed.
This report covers the remaining Debtor: VSI Liquidating Inc. (Case No. 16-11290 (CSS)

**Estimated Date of Filing the Application for Final Decree:**   Unknown at this time.

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

Robert S Bingham on behalf of Zolfo Cooper, LLC, Liquidatig Trustee        Senior Director
Printed Name of Authorized Individual                                       Title of Authorized Individual

This Nineteenth Day of April 2018                                           *Robt S Bing* (signature)
                                                                            Signature

QUARTERLY REPORT  
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

Case Name: VSI Liquidating Inc., et al  
Case Number: 16-11290 (CSS)  
Effective Date of Plan: April 7, 2017

January 1, 2018 through March 31, 2018

All items must be answered. Any which do not apply should be answered "none" or "N/A"

|    |                                              | Current Quarter | Post Confirmation Total |
|----|----------------------------------------------|----------------:|------------------------:|
| 1. | CASH (Beginning of Period)                   | $ 4,234,500     | $0                      |
| 2. | INCOME or RECEIPTS during the Period         | 1,600,000       | 9,962,218               |
| 3. | DISBURSEMENTS                                |                 |                         |
|    | a. Operating Expenses (Fees/Taxes):          |                 |                         |
|    | (i) U.S. Trustee Quarterly Fees              | -               | 66,950                  |
|    | (ii) Federal Taxes                           | 172,412         | 2,091,412               |
|    | (iii) State Taxes                            | 7,101           | 107,967                 |
|    | (iv) Other Taxes                             | -               | -                       |
|    | b. All Other Operating Expenses:             | 5,541           | 897,676                 |
|    | c. Plan Payments:                            |                 |                         |
|    | (i) Administrative Claims                    | -               | 88                      |
|    | (ii) General Unsecured Claims                | -               | -                       |
|    | (iii) Professional Fees                      | 336,709         | 1,485,388               |
|    | (Attach additional pages as needed)          |                 |                         |
|    | Total Disbursements (Operating & Plan)       | 521,763         | 4,649,481               |
| 1. | CASH (End of Period)                         | $ 5,312,737     | $ 5,312,737             |

**QUARTERLY REPORT - VSI Liquidating Inc. (16-11290 (CSS))**
**POST CONFIRMATION**         Period from January 1, 2018 through March 31, 2018

**ATTACHMENT NO. 3**

Debtor performs regular bank reconciliations and does not need
to provide based on an understanding with the U.S. Trustee.

**QUARTERLY REPORT - VSI Liquidating Inc. (16-11290 (CSS))**  ATTACHMENT NO. 4
**POST CONFIRMATION**    Period from January 1, 2018 through March 31, 2018

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Delaware Trust |
|---|---|
| Account Number | xxxx791 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 14544 | 1/4/2018 | Iron Mountain | Records storage | $ 808.02 |
| Wire | 1/12/2018 | Zolfo Cooper | Professional fees | 103,150.03 |
| Wire | 1/12/2018 | Deloitte Tax | Tax Preparation | 93,461.00 |
| Wire | 1/12/2018 | Internal Revenue Service | Income taxes | 20,000.00 |
| Wire | 1/19/2019 | Joseph Hage Aaronson LLC | Mediatioin fees | 3,855.59 |
| 14637 | 1/30/2018 | Iron Mountain | Records storage | 269.93 |
| 20071 | 2/12/2018 | State of New Hampshire | Income taxes | 4,832.78 |
| 20125 | 2/23/2018 | North Carolina Department of Revenue | Other taxes | 2,268.31 |
| 20134 | 2/28/2018 | Topche & Company | Professional fees | 900.00 |
| 20133 | 2/28/2018 | Iron Mountain | Records storage | 208.14 |
| Wire | 2/28/2018 | Zolfo Cooper | Professional fees | 38,972.81 |
| 20175 | 3/14/2018 | Hahn & Hessen | Professional fees | 72,500.50 |
| Direct Debit | 3/14/2018 | Delaware Trust | Bank fees | 4,255.00 |
| 20174 | 3/14/2018 | Topche & Company | Professional fees | 1,192.00 |
| Wire | 3/20/2018 | Zolfo Cooper | Professional fees | 22,677.37 |
| 20193 | 3/22/2018 | Internal Revenue Service | Income taxes | 152,412.01 |

$ 521,763.49

If any checks written this period have not been delivered to the payee, provide details including the payee, amount, explanation for holding check and anticipated delivery date of check

| None |
|---|
|  |
|  |
|  |
|  |
|  |
|  |