**QUARTERLY REPORT - VSI Liquidating Inc. (16-11290 (CSS))**  
**POST CONFIRMATION**  
ATTACHMENT NO. 1

Period from April 1, 2018 through June 30, 2018

| QUESTIONNAIRE | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

| INSURANCE INFORMATION | YES* | NO |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

Note: VSI Liquidating Inc. and its affiliates have no operations, properties or employees

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| D&O, Continental Casualty | 4/7/18-4/6/19 | Annual | None |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Activities consisted of payment of allowed administrative claims and efforts to resolve claims.

Puruant to a Court Order dated June 2, 2017, the cases ten of the Debtors were closed. This report covers the remaining Debtor: VSI Liquidating Inc. (Case No. 16-11290 (CSS))

**Estimated Date of Filing the Application for Final Decree:** Unknown at this time.

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

Robert S Bingham on behalf of Zolfo Cooper, LLC, Liquidatig Trustee  
Printed Name of Authorized Individual

Senior Director  
Title of Authorized Individual

This Eighteenth Day of July 2018

Signature

QUARTERLY REPORT                                                          ATTACHMENT NO. 2
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:** VSI Liquidating Inc., et al
**Case Number:** 16-11290 (CSS)             April 1, 2018 through June 30, 2018
**Effective Date of Plan:** April 7, 2017

All items must be answered. Any which do not apply should be answered "none" or "N/A"

|   |   | Current Quarter | Post Confirmation Total |
|---|---|---:|---:|
| 1. | CASH (Beginning of Period) | $ 5,312,737 | $0 |
| 2. | INCOME or RECEIPTS during the Period | - | 9,962,218 |
| 3. | **DISBURSEMENTS** | | |
|    | a. Operating Expenses (Fees/Taxes): | | |
|    | (i) U.S. Trustee Quarterly Fees | - | 66,950 |
|    | (ii) Federal Taxes | - | 2,091,412 |
|    | (iii) State Taxes | 1,258 | 109,225 |
|    | (iv) Other Taxes | - | - |
|    | b. All Other Operating Expenses: | 416 | 898,092 |
|    | c. Plan Payments: | | |
|    | (i) Administrative Claims | 62,945 | 63,033 |
|    | (ii) General Unsecured Claims | 7,500 | 7,500 |
|    | (iii) Professional Fees | 127,245 | 1,612,633 |
|    | (Attach additional pages as needed) | | |
|    | **Total Disbursements (Operating & Plan)** | 199,364 | 4,848,845 |
| 1. | CASH (End of Period) | $ 5,113,373 | $ 5,113,373 |

**QUARTERLY REPORT - VSI Liquidating Inc. (16-11290 (CSS))**
**POST CONFIRMATION**          Period from April 1, 2018 through June 30, 2018

**ATTACHMENT NO. 3**

Debtor performs regular bank reconciliations and does not need
to provide based on an understanding with the U.S. Trustee.

QUARTERLY REPORT - VSI Liquidating Inc. (16-11290 (CSS))  ATTACHMENT NO. 4
POST CONFIRMATION    Period from April 1, 2018 through June 30, 2018

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Delaware Trust |
|---|---|
| Account Numbers | xxxx791 & xxxx979 |
| Purpose of Account (Operating/Payroll/Personal) | Operating (791) and General Unsecured Claims (979) |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 20212 | 4/4/2018 | Iron Mountain, Inc. | Records Storage | $ 208.14 |
| Wire | 4/17/2018 | Risk Consulting Partners, LLC | Actuarial Services | 11,114.00 |
| 20286 | 5/3/2018 | Iron Mountain, Inc. | Records Storage | 208.14 |
| Wire | 5/8/2018 | Vertellus LLC | Purchase Price Adjustment | 63,944.88 |
| Wire | 5/18/2018 | Zolfo Cooper | Trust administration & claim reconciliation | 17,859.81 |
| 20343 | 5/29/2018 | Topche & Company LLC | Tax services | 310.00 |
| Wire | 5/29/2018 | Zolfo Cooper | Trust administration & claim reconciliation | 25,278.63 |
| 20387 | 5/29/2018 | Minnesota Revenue | Income taxes | 29,121.70 |
| Stop Payment | 5/29/2018 | Minnesota Revenue | Income taxes | (27,864.00) |
| 10/26/1955 | 5/30/2018 | Topche & Company LLC | Tax services | 930.00 |
| Wire | 5/30/2018 | Deloitte Tax LLP | Tax services | 52,500.00 |
| 20557 | 6/20/2018 | Hahn & Hessen LLP | Legal services | 18,252.59 |
| 20623 | 6/25/2018 | George & Farinas, LLP | Claim Settlement | 7,500.00 |
| | | | | $ 199,363.89 |

If any checks written this period have not been delivered to the payee, provide details including the payee, amount, explanation for holding check and anticipated delivery date of check

| None |
|---|
| |
| |
| |
| |
| |
| |